IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MALIK ALLAH,<br>　　Petitioner, | :<br>:<br>: |
| v. | :　　CIVIL ACTION NO. 19-CV-3646<br>: |
| D.F. OBERLANDER, *et al.,*<br>　　Respondents. | :<br>: |

## ORDER

**AND NOW** this  21st  day of September, 2020, upon careful and independent review of the petition for writ of habeas corpus, and the Report and Recommendation of the Honorable Richard A. Lloret, and with no objections being filed to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED**;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk shall close this case.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.